### *United States District Court for the Northern District of Illinois*

Case Number:  08CV28                    Assigned/Issued  By:  J. N.

Judge Name:  COAR                       Designated Magistrate Judge:  KEYS

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350 _____    Receipt #: 2433052 _____

Date Payment Rec'd: 1-2-08 _____    Fiscal Clerk: J. N. _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
            (Type of Writ)

2  Original and 0 _____ copies on 1-2-08 _____ as to BUILDING BLOCK
                                    (Date)
DEVELOPMENT INC.; SHAWN A. WILSON _____

C:\wpwin80\docket\feeinfo.frm    03/14/05