IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>BUILDING BLOCK DEVELOPMENT, INC., an involuntarily dissolved Illinois corporation, and SHAWN A. WILSON, individually and d/b/a BUILDING BLOCK DEVELOPMENT INC.,<br><br>　　　　　　　　　Defendants. | Case No. 08 C 28<br><br>Judge COAR |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorney Jerrod Olszewski, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: May 1, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Laborers' Pension Fund, et al.


　　　　　　　　　　　　　　By:　　/s/ Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE

The undersigned certifies that he caused a copy of this notice to be served upon the addressees listed below via U.S. First Class Mail, postage prepaid, this 1st day of May, 2008.

Building Block Development Inc.
c/o Shawn A. Wilson
4239 Andover Dr., Floor 1
Richton Park, IL  60471

Shawn A. Wilson
4239 Andover Dr., Floor 1
Richton Park, IL  60471

/s/ Jerrod Olszewski